# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Karen R. Cupeles-Pabon,
    Plaintiff,
    V.                                                  CASE NUMBER: 98-2145 (HL)
Habibe Computer Corporation, et al.,
    Defendants.

## MOTION

Date Filed: 3/31/00     Docket #12     [] Plffs  [x] Defts
Title: Motion Requesting Permission to Withdraw Appearance as Attorney of Record
Opp'n Filed:     Docket #

## ORDER

Granted.

Date 4-5-00         HECTOR M. LAFFITTE
                    Chief U.S. District Judge


