UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Cupeles-Pabon,
    Plaintiff,
    V.                                            CASE NUMBER: 98-2145 (HL)
Habibe Computer Corp., et al.,
    Defendants.

## JUDGMENT

The parties having settled this case in the sum of $25,000.00, the Court hereby enters judgment for $25,000.00 in favor of Plaintiff without costs or attorney's fees. Defendants shall pay the full judgment no later than August 15, 2000. Thereafter, the judgment shall earn interest pursuant to 28 U.S.C. § 1961.

Date 3-11-00        HECTOR M. LAFFITTE
                                  Chief United States District Judge


